# Synopsis

| | |
|---|---|
| **Name:** | Gregory P. Heimann, Jr. |
| **Address:** (City & State Only) | Forest City Township |
| **Year of Birth and Age:** | 1974 (49 years old) |
| **Violations:** | Making False Statement, 18 U.S.C. § 1001 |
| **Penalties:** | Not more than 5 years imprisonment, not more than a $250,000 fine. (Class D felony) 18 U.S.C. §§ 1001, 3559(a). |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | SA Todd Sweet, Dept. of VA, OIG |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Washington County |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100 assessment, 18 U.S.C. § 3013(a)(2)(A). |