

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:24-cr- 00116-SDN |
| v. | |
| GREGORY P. HEIMANN, JR. | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Statement to the Government)

On about May 9, 2023, in the District of Maine, the defendant,

**GREGORY P. HEIMANN, JR.**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Veterans Affairs ("VA"), a federal agency within the executive branch of the Government of the United States. Specifically, the defendant falsely represented that he had been wheelchair bound since 2004 and was unable to walk or stand.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

GRAND JURY FOREPERSON

_____
Assistant United States Attorney
Dated: 10/9/24

1