

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1: 24-cr- 00116-SDN |
| GREGORY P. HEIMANN, JR. | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: October 9, 2024

/s/ Alisa Ross
Assistant U.S. Attorney